PROB 12C
(7/93)

United States District Court

for

District of New Jersey

Petition for Warrant or Summons for Offender Under Supervision

08-903(KSH)

**Name of Offender:** Sammy DeFreeze   **Docket Number:** 04-00066-007
**PACTS Number:** 40695

**Name of Sentencing Judicial Officer:** A. Richard Caputo, USDJ, Middle District of Pennsylvania

**Date of Original Sentence:** 02/23/2005

**Date of Transfer of Jurisdiction:** 12/10/2008

**Name of Assigned Judicial Officer:** Honorable Katharine S. Hayden, USDJ

**Original Offense:** CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE HEROIN

**Original Sentence:** 63 months imprisonment; 3 years supervised release; $100 special assessment.

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 09/26/08

**Assistant U.S. Attorney:** To be Assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102,
(973) 645-2700

**Defense Attorney:** Federal Public Defender Office (To be Assigned), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

                    DeFreeze failed to report to the office as directed on September 4, 2009;

PROB 12C - Page 2
Sammy DeFreeze

December 15, 2009, and January 4, 2010.

2     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

DeFreeze has failed to submit monthly supervision reports since November 2008.

3     The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

In an effort to assist in DeFreeze's recovery, the probation officer directed the offender to report once a month to an in-house drug and alcohol education program in the Newark probation Office. Although the offender attended one secession of this program in October 2009, he failed to attend subsequent meetings and was eventually terminated from the group.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin P. Egli
U.S. Probation Officer
Date: 01/19/10

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 2/1/10 @ 3:00 p.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/22/10
Date