PROB 12C
(7/93)

## United States District Court

### for

### District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Sammy DeFreeze  **Docket Number:** 08-00903-001
 **PACTS Number:** 40695

**Name of Sentencing Judicial Officer:** A. Richard Caputo, USDJ, Middle District of Pennsylvania

**Date of Original Sentence:** 02/23/2005

**Date of Transfer of Jurisdiction:** 12/10/2008

**Name of Assigned Judicial Officer:** Honorable Katharine S. Hayden, USDJ
**Original Offense:** CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE HEROIN

**Original Sentence:** 63 months imprisonment; 3 years supervised release; $100 special assessment.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 09/26/08

**Assistant U.S. Attorney:** Eric Moran, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Federal Public Defender Office (To be Assigned), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | DeFreeze failed to report to the office as directed on November 4, 2010 and November 18, 2010. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | DeFreeze has failed to submit monthly supervision reports since May 2010. |

PROB 12C - Page 2
Sammy DeFreeze

3        The offender has violated the supervision condition which states **'The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment."**

On November 24, 2010, the probation office contacted the offender's last known employer, HRI Consulting Group in Lake Success, NY. At that time, probation was informed that the offender quit "a few months ago." His ex-employer was unable to provide any further details on why the offender quit, or his current whereabout.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin P. Zegli
U.S. Probation Officer
Date: 12/09/10

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/17/10
_____
Date