UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 08-903 |
| SAMMY DEFREESE | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office (the "Petition") for a hearing regarding the failure of defendant Sammy Defreese (David Holman, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on September 26, 2008; and the defendant having entered a guilty plea on March 25, 2011 to having violated a condition of his supervised release that required him to report to the probation officer as directed by the Court or probation officer (Count 1 of the Petition); and the government having moved to dismiss counts 2 and 3 of the petition upon the Court's acceptance of the defendant's plea of guilty to Count 1 of the Petition; and for good cause shown,

IT IS on this ____ day of March, 2011,

ORDERED that the defendant is adjudged guilty of Count 1 of the Petition;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of 49 days, to be released on April 29, 2011; and

IT IS FURTHER ORDERED that Counts 2 and 3 Petition are hereby dismissed.

                                                                                  _____
                                                                                  HONORABLE KATHARINE S. HAYDEN
                                                                                  United States District Judge