```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA     :     Hon. Katharine S. Hayden

      v.                         :     Crim. No. 08-903

SAMMY DEFREESE               :     <u>O R D E R</u>

    This matter having come before the Court on the petition of the United States Probation Office (the "Petition") for a hearing regarding the failure of defendant Sammy Defreese (David Holman, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on September 26, 2008; and the defendant having entered a guilty plea on March 25, 2011 to having violated a condition of his supervised release that required him to report to the probation officer as directed by the Court or probation officer (Count 1 of the Petition); and the government having moved to dismiss counts 2 and 3 of the petition upon the Court's acceptance of the defendant's plea of guilty to Count 1 of the Petition; and for good cause shown,

    IT IS on this 1st day of April, 2011,

    ORDERED that the defendant is adjudged guilty of Count 1 of the Petition;

    IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of 49 days, to be released on April 28, 2011; and

IT IS FURTHER ORDERED that Counts 2 and 3 Petition are hereby dismissed.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge